# Court of Appeals
# of the State of Georgia

ATLANTA, July 15, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0426. CITY OF FORSYTH v. MONROE COUNTY.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:
2012CV997



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 15, 2013*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*